IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE SCHULTZ, | ) | |
|     Plaintiff, | ) | 1:11-cv-5815 |
|   v. | ) | |
| | ) | |
| RECEIVABLE MANAGEMENT SERVICES | ) | |
| CORPORATION, | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

**COMPLAINT**

1. Plaintiff, Julie Schultz ("plaintiff"), brings this action to secure redress for unlawful debt collection practice engaged in by defendant Receivable Management Services Corporation ("RMS") in violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*. ("FDCPA").

2. Defendant manipulated or "spoofed" its caller identification on calls to plaintiff, to show "NORTHWESTERN HU." The statements on the caller ID that defendant's calls were from "NORTHWESTERN HU" were false. They had the purpose and effect of tricking plaintiff into paying attention to calls with which she might not otherwise have bothered.

3. Furthermore, plaintiff is not the debtor from which defendant is attempting to collect. Despite that defendant knew or should have known this, RMS called plaintiff's residential line telephone in excess of 150 times over the past few months.

**JURISDICTION**

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question), and 15 U.S.C. §1692k (FDCPA).

5. Venue is appropriate because a substantial portion of the events that gave rise to this cause of action occurred here.

**PARTIES**

6. Plaintiff is an individual who resides in this District.

7. RMS is a debt collection agency that is located at 240 Emery Street, Bethlehem, Pennsylvania.

**FACTS**

8. RMS has called plaintiff approximately one hundred fifty times since March 2011 in attempts to collect an alleged debt. Most of the messages left indicate that RMS was attempting to contact plaintiff's daughter, Lisa.

9. RMS manipulated the Caller ID for these calls.

10. For at least 110 of these calls, RMS used caller ID "R.M.S." with phone number 877-567-2620.

11. For approximately forty or so others it used caller ID "NORTHWESTERN HU" and call back number 484-242-2486.

12. The statement "NORTHWESTERN HU" in the caller ID for the calls to plaintiff was intentional.

13. RMS' statement in the caller identification transmitted to plaintiff that the caller was "NORTHWESTERN HU" was false and misleading.

**COUNT I - FDCPA**

14. Plaintiff incorporates all previous paragraphs.

15. Defendant violated the FDCPA by using a false, deceptive and misleading caller ID. 15 U.S.C. §§1692e, 1692f, 1692d(6).

16. Furthermore, the messages Southwest left on plaintiff's voice mail did not comply the requirements of section 1692b, and defendant therefore also violated 15 U.S.C. §1692c(b). *Thomas v. Consumer Adjustment Co., Inc.*, 579 F. Supp.2d 1290, 1298 (E.D.Mo. 2008).

17. Also, defendant knew or should have known that its phone calls to plaintiff were not reaching Lisa. Repeatedly dunning a person that the collection agency knows or should know is a non-debtor is unfair, unconscionable and deceptive, in violation of 15 U.S.C. §§1692e and 1692f.

WHEREFORE, plaintiff requests this Honorable Court to enter judgment in favor of plaintiff and against defendant for:

(1) Statutory and actual damages;

(2) Attorney's fees, litigation expenses and costs of suit; and

(3) Such other relief as the Court deems proper.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

www.BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully submitted,

/s/Alexander H. Burke

**Document Preservation**

Defendant is hereby directed to take affirmative steps to preserve all documents, records and data concerning plaintiff, its phone messages, phone system and relating to any other facts alleged herein.

/s/Alexander H. Burke

4